UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-24183-CIV-LENARD/LOUIS**

SAINT TONY LLC, a Florida
Limited Liability Company,

      Plaintiff,

v.

MAVERICK BOAT GROUP, INC., a
Florida Corporation, and SUPER BOATS
& YACHTS LLC, d/b/a MARINE CONNECTION
Florida Limited Liability Company,

      Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
<u>DISCLOSURE STATEMENT</u>**

Plaintiff, Saint Tony LLC, hereby discloses the following information pursuant to the Court's Order [DE 13].

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Saint Tony LLC, Plaintiff

- Steven Ivankovich

- Anthony Ivankovich

- Michael T. Moore, Esq., counsel for Plaintiff

- Madison B. Bode, Esq., counsel for Plaintiff

- Moore & Company, P.A., counsel for Plaintiff

- Manning Gross + Massenburg LLP, counsel for Defendants

1

- Katherine Kaplan, Esq., counsel for Defendants

- Raul J. Chacon Jr., Esq., counsel for Defendants

- Super Boats & Yachts LLC d/b/a Marine Connection, Defendant

- Maverick Boat Group, Inc., Defendant

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Saint Tony, LLC, is a privately held non-governmental entity. There are no publicly held corporations who own 10% or more of its stock.

Dated: February 22, 2023

Respectfully Submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Plaintiff*
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Email: michael@moore-and-co.com
Email: mbode@moore-and-co.com

s/ Madison B. Bode
Madison B. Bode, Esq.
Florida Bar No.1026548
Michael T. Moore, Esq.
Florida Bar No. 207845

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY on February 22, 2023, a true and correct copy of the foregoing was served through the electronic docketing system on all counsel of record.

s/ Madison B. Bode
Madison B. Bode, Esq.