4530074

| RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT | Seller | Buyer |
|---|---|---|
| No. 5194405 | Marine Connection 2807 South Military Trail West Palm Beach, FL 33415 | SAINT TONY LLC / Anthony D Ivankovich 791 CRANDON BOULEVARD #OT2 PH6 KEY BISCAYNE   FL 33149 |
| Date 08/14/2020 | "We" and "us" mean the Seller above, its successors and assigns. | "You" and "your" mean each Buyer above, and guarantor, jointly and individually. |

**Documentary Stamp Tax:** The Florida documentary stamp tax required by law in the amount of $ _____1,018.15_____ has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration No. _____ .

## TRUTH IN LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid when you have made all scheduled payments. | TOTAL SALE PRICE The total cost of your purchase on credit, including your down payment of $ 50,000.00 |
|---|---|---|---|---|
| 9.99 % | $ 382,329.65 | $ 290,863.15 | $ 673,192.80 | $ 723,192.80 |

**Payment Schedule:** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 240 | 2,804.97 | Monthly, beginning on 9/13/2020 . |
| N/A | N/A | NOT APPLICABLE |
| N/A | N/A | NOT APPLICABLE |

**Security:** You are giving a security interest in ☐ (description of other property)
☒ the Goods purchased.

**Late Charge:** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.

**Prepayment:** If you pay off this Contract early, you will not have to pay a penalty.

**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE:** Credit life, credit disability (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life:** Insured N/A
☐ Single ☐ Joint  Prem. $ 0.00  Term N/A
**Credit Disability:** Insured N/A
☐ Single ☐ Joint  Prem. $ 0.00  Term N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

| 03/25/1939 | | N/A |
|---|---|---|
| Buyer SAINT TONY LLC  d/o/b | Buyer N/A | d/o/b |

| N/A | | N/A |
|---|---|---|
| Buyer N/A  d/o/b | Buyer N/A | d/o/b |

**PROPERTY INSURANCE:** You must insure the Property securing this Contract. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The deductible amount of this insurance may not exceed $ ____500.00____ . If you get insurance from or through us you will pay $ 0.00 for N/A of coverage. This premium is calculated as follows:

| ☐ Fire-Theft and Combined Additional Cov. | $ 0.00 |
|---|---|
| ☐ N/A | $ 0.00 |
| ☐ N/A | $ 0.00 |
| ☐ N/A | $ 0.00 |

**BODILY INJURY OR PROPERTY DAMAGE LIABILITY NOT INCLUDED UNLESS CHECKED AND INDICATED.**

☐ **SINGLE-INTEREST INSURANCE:** You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit.

Signed: _____

☐ **SERVICE CONTRACT:** With your purchase of the Goods, you agree to purchase a Service Contract to covert _____ N/A _____ .
This Service Contract will be in effect for ____N/A____ .

Retail Installment Contract and Security Agreement-FL
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
NOT FOR HOME IMPROVEMENT OR MANUFACTURED HOMES
RSSIGSLFAZFL 9/29/2015
Page 1 of 5
Customers Initial Here

4530074

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| Goods and/or Services Price | $ | 337,900.00 |
| (including sales tax of $ 18,000.00 ) | | |
| Service Contract, Paid to: N/A | $ | 0.00 |
| **Cash Price** | $ | 337,900.00 |
| Manufacturer's Rebate $ 0.00 | | |
| Cash Down Payment $ 50,000.00 | | |
| Deferred Down Payment $ 0.00 | | |
| a. Total Cash/Rebate Down $ | 50,000.00 | |
| b. Trade-In Allowance $ 0.00 | | |
| c. Less: Amount owing $ 0.00 | | |
| Paid to: N/A | | |
| d. Net Trade-In (b. minus c.) $ | 0.00 | |
| e. Net Cash/Trade-In (a. plus d.) $ | 50,000.00 | |
| Down Payment (e.; disclose as $0 if negative) | $ | 50,000.00 |
| **Unpaid Balance of Cash Price** | $ | 287,900.00 |
| Amount to Finance line e. (if e. is negative) | $ | 0.00 |
| Paid to Public Officials - Filing Fees | $ | 1,546.00 |
| Insurance premiums paid to insurance company(ies) | $ | 0.00 |
| (See Credit, Property and Single-Interest | | |
| Insurance sections on page 1 for coverage | | |
| and benefits types.) | | |
| Processing Fee Paid to Seller | $ | 0.00 |
| To: Doc Stamp Fee | $ | 1,018.15 |
| To: Pre-Delivery Service Fee | $ | 399.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| **Total Other Charges/Amounts Pd. to Others** | $ | 2,963.15 |
| **Less: Prepaid Finance Charges** | $ | 0.00 |
| **Amount Financed** | $ | 290,863.15 |

We may retain or receive a portion of any amounts paid to others.

**SALE:** You agree to purchase from us, on a time basis, subject to the terms and conditions of this contract and security agreement (Contract), the goods (Goods) and services described below. The Goods are sold in their present condition, together with the usual accessories and attachments.

Description of Goods or Services Purchased

| | |
|---|---|
| Serial or Unit No. | Motor or Cabinet No. |
| CBADF001A020 | 6GRN-1002196 / 6GRN-1002195 |

Price of Each Unit
Hull: $319,900.00: (CBADF001A020) New 2020 COBIA 330 DUAL CONSOLE 29.7
Motor: $0.00: (6GRN-1002196) 425.00HP New 2020 YAMAHA XF425NSA
Motor: $0.00: (6GRN-1002195) 425.00HP New 2020 YAMAHA XF425NSA

Description of Other Collateral (Not household goods)
N/A

**SECURITY:** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Goods purchased and any other collateral described above, and all accessions, attachments, accessories, and equipment placed in or on the Goods or other collateral, together called Property, and proceeds of the Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**PROMISE TO PAY AND PAYMENT TERMS:** You promise to pay us the principal amount of $ 290,863.15 , plus finance charges accruing on the unpaid balance at the rate of 9.99 % per year from today's date until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the TRUTH IN LENDING DISCLOSURE. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

☐ **PROCESSING FEE:** You agree to pay a non-refundable processing fee of $ 0.00 that will be ☐ paid in cash. ☐ added to the cash price.

**DOWN PAYMENT:** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the ITEMIZATION OF AMOUNT FINANCED.

☐ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

**PREPAYMENT:** You may prepay this Contract in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until you pay in full.

A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**GENERAL TERMS:** You have been given the opportunity to purchase the Goods and described services for the Cash Price or the Total Sale Price. The Total Sale Price is the total price of the Goods and any services if you buy them over time. You agreed to purchase the items over time. The Total Sale Price shown in the TRUTH IN LENDING DISCLOSURE assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee, that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that is contrary to this provision, we will, instead, apply it first to reduce the principal balance, and when the principal has been paid in full, refund it to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract.

**TELEPHONE MONITORING AND CALLING:** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

Retail Installment Contract and Security Agreement-FL
© 2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
NOT FOR HOME IMPROVEMENT OR MANUFACTURED HOMES
RSSIGSLFAZFL 9/29/2015
Page 2 of 5
Customers Initial Here

4530074

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** By giving us a security interest in the Property, you represent and agree to the following:

- A. Our security interest will not extend to consumer goods unless you acquire rights to them within 10 days after we enter into this Contract, or they are installed in or affixed to the Goods.
- B. You will defend our interests in the Property against claims made by anyone else. You will do whatever is necessary to keep our claim to the Property ahead of the claim of anyone else.
- C. The security interest you are giving us in the Property comes ahead of the claim of any other of your general or secured creditors. You agree to sign any additional documents or provide us with any additional information we may require to keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- D. You will keep the Property in your possession in good condition and repair. You will use the Property for its intended and lawful purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.
- E. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent. You will not permit the Property to become attached to any real estate without first providing us an opportunity to preserve our first priority status.
- F. You will pay all taxes and assessments on the Property as they become due.
- G. You will notify us of any loss or damage to the Property. You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**DEFAULT:** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

- A. You fail to perform any obligation that you have undertaken in this Contract.
- B. We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including court costs, reasonable attorneys' fees (if we refer this Contract to an attorney that is not a salaried employee of ours for collection) and fees for repossession, repair, storage and sale of the Property securing this Contract.

If an event of default occurs as to any one of you, we may exercise our remedies against any or all of you.

**REMEDIES:** If you are in default on this Contract, we have all of the remedies provided by law and this Contract:

- A. We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- B. We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. This amount will be due immediately. This amount will earn finance charges from the date paid at the rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.
- C. We may require you to make the Property available to us at a place we designate that is reasonably convenient to us and us.
- D. We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward your obligations.

- E. Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that, subject to your right to recover such property, we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above.

**INSURANCE:** You agree to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the PROPERTY INSURANCE section, or as we will otherwise require. You will name us as loss payee on any such policy. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance from any insurance provider that is reasonably acceptable to us. Your choice of an insurance provider will not affect the credit decision. We may impose reasonable requirements concerning the extent of coverage and the financial soundness of the insurance provider. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Property. This insurance may include coverages not required of you. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

**OBLIGATIONS INDEPENDENT:** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- A. You must pay this Contract even if someone else has also signed it.
- B. We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- C. We may release any security and you will still be obligated to pay this Contract.
- D. If we give up any of our rights, it will not affect your duty to pay this Contract.
- E. If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**WARRANTY:** Warranty information is provided to you separately.

**WAIVER: To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or, (3) give notice that we intend to make, or are making, this Contract immediately due.**

Retail Installment Contract and Security Agreement-FL
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

NOT FOR HOME IMPROVEMENT OR MANUFACTURED HOMES

RSSIGSLFAZFL 9/29/2015
Page 3 of 5

Customers Initial Here

## ARBITRATION PROVISION:

**PLEASE READ CAREFULLY! By agreeing to this Arbitration Provision you are giving up your right to go to court for claims and disputes arising from this Contract:**

- ◆ **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION, AND NOT BY A COURT OR BY JURY TRIAL.**
- ◆ **YOU GIVE UP ANY RIGHT THAT YOU MAY HAVE TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER IN ANY CLASS ACTION OR CLASS ARBITRATION AGAINST US IF A DISPUTE IS ARBITRATED.**
- ◆ **IN ARBITRATION, DISCOVERY AND RIGHTS TO APPEAL ARE GENERALLY MORE LIMITED THAN IN A JUDICIAL PROCEEDING, AND OTHER RIGHTS THAT YOU WOULD HAVE IN COURT MAY NOT BE AVAILABLE.**

You or we (including any assignee) may elect to resolve any Claim by neutral, binding arbitration and not by a court action. *"Claim"* means any claim, dispute or controversy between you and us or our employees, agents, successors, assigns or affiliates arising from or relating to: 1. the credit application; 2. the purchase of the Property; 3. the condition of the Property; 4. this Contract; 5. any insurance, maintenance, service or other contracts you purchased in connection with this Contract; or 6. any related transaction, occurrence or relationship. This includes any Claim based on common or constitutional law, contract, tort, statute, regulation or other ground. To the extent allowed by law, the validity, scope and interpretation of this Arbitration Provision are to be decided by neutral, binding arbitration.

If either party elects to resolve a Claim through arbitration, you and we agree that no trial by jury or other judicial proceeding will take place. Instead, the Claim will be arbitrated on an individual basis and not on a class or representative basis.

The party electing arbitration may choose either of the following arbitration organizations and its applicable rules, provided it is willing and able to handle the arbitration: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019 (www.adr.org) or JAMS, 1920 Main Street, Suite 300 Irvine, CA 92614 (www.jamsadr.com), or it may choose any other reputable arbitration organization and its rules to conduct the arbitration, subject to the other party's approval. The parties can get a copy of the organization's rules by contacting it or visiting its website. If the chosen arbitration organization's rules conflict with this Arbitration Provision, the terms of this Arbitration Provision will govern the Claim. However, to address a conflict with the selected arbitration organization's rules, the parties may agree to change the terms of this Arbitration Provision by written amendment signed by the parties. If the parties are not able to find or agree upon an arbitration organization that is willing and able to handle the arbitration, then the arbitrator will be selected pursuant to 9 U.S. Code Sections 5 and 6.

The arbitration hearing will be conducted in the federal district where you reside unless you and we otherwise agree. Or, if you and we agree, the arbitration hearing can be by telephone or other electronic communication. The arbitration filing fee, arbitrator's compensation and other arbitration costs will be paid in the amounts and by the parties according to the rules of the chosen arbitration organization. Some arbitration organizations' rules require us to pay most or all of these amounts. If the rules of the arbitration organization do not specify how fees must be allocated, we will pay the filing fee, arbitrator's compensation, and other arbitration costs up to $5,000, unless the law requires us to pay more. Each party is responsible for the fees of its own attorneys, witnesses, and any related costs, if any, that it incurs to prepare and present its Claim or response. In limited circumstances, the arbitrator may have the authority to award payment of certain arbitration costs or fees to a party, but only if the law and arbitration organization rules allow it.

An arbitrator must be a lawyer with at least ten (10) years of experience and familiar with consumer credit law or a retired state or federal court judge. The arbitration will be by a single arbitrator. In making an award, an arbitrator shall follow governing substantive law and any applicable statute of limitations. The arbitrator will decide any dispute regarding the arbitrability of a Claim. An arbitrator has the authority to order specific performance, compensatory damages, punitive damages, and any other relief allowed by applicable law. An arbitrator's authority to make awards is limited to awards to you or us alone. Claims brought by you against us, or by us against you, may not be joined or consolidated in arbitration with claims brought by or against someone other than you, unless agreed to in writing by all parties. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

Any arbitration award shall be in writing, shall include a written reasoned opinion, and will be final and binding subject only to any right to appeal under the Federal Arbitration Act ("FAA"), 9 U.S. Code Sections 1, et seq. Any court having jurisdiction can enforce a final arbitration award. You and we agree that this Arbitration Provision is governed by the FAA to the exclusion of any different or inconsistent state or local law.

You or we can do the following without giving up the right to require arbitration: seek remedies in small claims court for Claims within the small claims court's jurisdiction, or seek judicial provisional remedies. If a party does not exercise the right to elect arbitration in connection with any particular Claim, that party still can require arbitration in connection with any other Claim.

This Arbitration Provision survives any (i) termination, payoff, assignment or transfer of this Contract, (ii) any legal proceeding by you or us to collect a debt owed by the other, and (iii) any bankruptcy proceeding in which you or we are the debtor. With but one exception, if any part of this Arbitration Provision is deemed or found to be unenforceable for any reason, the remainder of this Arbitration Provision will remain in full force and effect. The one exception is that if a finding of partial unenforceability would allow arbitration to proceed on a class-wide basis, then this Arbitration Provision will be unenforceable in its entirety.

**CAUTION: It is important that you read this Arbitration Provision thoroughly before you sign this Contract. By signing this Contract, you acknowledge that you read, understand and agree to this Arbitration Provision. If you do not understand this Arbitration Provision, do not sign this Contract; instead ask your lawyer. If you approve this Arbitration Provision, you have an additional 30 days after signing to reconsider and reject your approval, as described in the ARBITRATION PROVISION AND PROCESS TO REMOVE section. If you use that process to reject, this Arbitration Provision will not be a part of this Contract, but the rest of this Contract will still be binding and effective.**

---

### THIRD PARTY AGREEMENT

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

By signing below you agree to give us a security interest in the Property described in the SALE section. You also agree to the terms of this Contract, including the WAIVER section above, except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend, change this Contract, or release any party or property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

NOT APPLICABLE

|  | N/A |
|---|---|
| Signature of Third Party Owner (NOT the Buyer) | Date |
| NOT APPLICABLE | |

Retail Installment Contract and Security Agreement-FL
© 2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

NOT FOR HOME IMPROVEMENT OR MANUFACTURED HOMES

RSSIGSLFAZFL 9/29/2015
Page 4 of 5

Customers Initial Here

4530074

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**ARBITRATION PROVISION AND PROCESS TO REMOVE:** This Contract contains an Arbitration Provision that affects your rights. You agree that either of us may request and require the other to resolve disputes or claims through arbitration instead of a lawsuit. Detailed terms are in the Arbitration Provision.

**Process to Remove.** You can reconsider and reject your approval of the Arbitration Provision by sending a written notice to the Assignee (identified in the Assignment section) or if there is no Assignee, then to Seller. The notice must be postmarked within 30 days of the date you signed this Contract. It simply needs to state your decision to reject the Arbitration Provision in this Contract and include your signature. It must also provide your name, Seller's name and the date of this Contract.

Rejecting the Arbitration Provision will NOT affect our decision to sell the Property to you, the terms of financing, or any other terms of this Contract, except that the Arbitration Provision will not apply.

By initialing this section, you confirm that you read, understand and agree to the Arbitration Provision in this Contract, including the process to remove it.

Buyer initials

☐ **ELECTRONIC SIGNATURE ACKNOWLEDGMENT:** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

The **Annual Percentage Rate** may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.

**NOTICE TO BUYER**
A. Do not sign this contract before you read it or if it contains any blank spaces. B. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 THROUGH 5 OF THIS CONTRACT AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS CONTRACT.**

Buyer:

| | |
|---|---|
| | 08/14/2020 |
| Signature SAINT TONY LLC | Date |

| | |
|---|---|
| | 08/14/2020 |
| Signature Anthony D Ivankovich | Date |

| | |
|---|---|
| | N/A |
| Signature N/A | Date |

| | |
|---|---|
| | N/A |
| Signature N/A | Date |

Seller: By _____

Marine Connection

**ASSIGNMENT:** This Contract and Security Agreement is assigned to _____ Branch Banking & Trust Company _____ (address) PO Box 1290, Whiteville, NC 28472 , the Assignee, phone _____ 866-729-9248 _____. This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

Retail Installment Contract and Security Agreement-FL
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.
NOT FOR HOME IMPROVEMENT OR MANUFACTURED HOMES
RSSIGSLFAZFL 9/29/2015
Page 5 of 5
Customers Initial Here

4530074

# Buyer's Order

| Dealer/Seller Name and Address | | Buyer/Co-Buyer Name(s) and Address(es) |
|---|---|---|
| Marine Connection<br>2807 South Military Trail<br>West Palm Beach, FL 33415 | SAINT TONY LLC<br>791 CRANDON<br>BOULEVARD #OT2 PH6<br>KEY BISCAYNE   FL<br>33149<br>305-365-6602 | Anthony D Ivankovich<br>791 Crandon Boulevard # OT2 PH6<br>Key Biscayne, FL 33149<br>305-365-6602 |

Date **08/14/2020**
App No. **5194405**

Mo. of birth **March**
Stock No. **N01569BT**
Contract No. **4530074**

Mo. of birth _____   Mo. of birth _____
Salesperson **Mr. Brashares**

### Vehicle Information

☒ New  ☐ Used  ☐ Demo
Year **2020**   Lic. No.
Make **COBIA**   Odometer Reading
Model **330 DUAL CONSOLE**   Color **N/A**
Body Style **29.7 Feet Long**
VIN **CBADF001A020**
Other **2020 YAMAHA XF425NSA 6GRN-1002196**
**2020 YAMAHA XF425NSA OUTBOARD 6GRN-1002195**

### Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

### Trade-In Information

**Trade-in 1**
| Year | Lic. No. |
|---|---|
| Make | Odometer Reading |
| Model | Color |
| Body Style | |
| VIN | |
| Lienholder Name | |
| Address | |
| Phone | Payoff |
| Payoff good through | |
| Approved | |

**Trade-in 2**
| Year | Lic. No. |
|---|---|
| Make | Odometer Reading |
| Model | Color |
| Body Style | |
| VIN | |
| Lienholder Name | |
| Address | |
| Phone | Payoff |
| Payoff good through | |
| Approved | |

### Itemization of Sale

| | | | |
|---|---|---|---|
| 1. | Vehicle Sales Price | $ | 319,900.00 |
| 2. | Sales Tax | $ | 18,000.00 |
| 3. | County Tax | $ | 0.00 |
| 4. | Other Tax(es) | $ | 0.00 |
| 5. | Subtotal (Add lines 1 through 4) | $ | 337,900.00 |
| | Title, License, Taxes & Other Fees | | |
| 6. | Pre-delivery Service Fee* | $ | 399.00 |
| 7. | Electronic Transfer Fee | $ | |
| 8. | License Fee | $ | 199.00 |
| 9. | Registration Fee | $ | 1,248.00 |
| 10. | Doc Stamp Fee | $ | 1,018.15 |
| 11. | UCC Filing Fees | $ | 99.00 |
| 12. | N/A | $ | 0.00 |
| 13. | N/A | $ | 0.00 |
| 14. | N/A | $ | 0.00 |
| 15. | Total Other Fees<br>(Add lines 6 through 14) | $ | 2,963.15 |
| | **Additional Products** | | |
| 16. | N/A | $ | 0.00 |
| 17. | N/A | $ | 0.00 |
| 18. | N/A | $ | 0.00 |
| 19. | N/A | $ | 0.00 |
| 20. | N/A | $ | 0.00 |
| 21. | N/A | $ | 0.00 |
| 22. | N/A | $ | 0.00 |
| 23. | N/A | $ | 0.00 |
| 24. | Total Products<br>(Add lines 16 through 23) | $ | 0.00 |
| 25. | Cash Sale Price (Add lines 5 + 15 + 24) | $ | 340,863.15 |
| 26. | Trade-in Allowance | $ | 0.00 |
| 27. | Less Payoff | $ | 0.00 |
| 28. | Net Trade Allowance (Line 26-27) | $ | 0.00 |
| 29. | Cash Down Payment | $ | 50,000.00 |
| 30. | Deferred Down Payment | $ | 0.00 |
| 31. | Total Down Payment<br>(Line 28 + 29 + 30) | $ | 50,000.00 |
| 32. | Total Balance Due (Line 25-31) | $ | 290,863.15 |

\* This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

Buyers Order-FL

BUY-ORDER-FL 7/15/2016
Page 1 of 3

Bankers Systems ®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

4530074

## Additional Terms

**Definitions.** *Contract* refers to this *Buyer's Order*. The pronouns *you* and *your* refer to each Buyer signing this Contract. The pronouns *we*, *us* and *our* refer to the Dealer/Seller. *Vehicle* means the motor vehicle described in the *Vehicle Information* section. *Trade-in Vehicle(s)* refers to the vehicle described in the *Trade-in Information* section that is being traded to the Dealer/Seller as part of this transaction. *Manufacturer* refers to the entity that manufactured the Vehicle.

**Agreement to Purchase.** You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have cancelled this Contract under the condition described in the *Manufacturer* section, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

**Manufacturer.** We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff to a lienholder.

**Insurance.** The insurance information you have given us is accurate.

**Trade-in Vehicle.** You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal "brand" such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order, and (e) the Trade-in Vehicle has not been damaged by collision or other event and repaired. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of cancelling the transaction. You agree to immediately pay us the difference.

**Retail Installment Contract.** In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

**Vehicle Inspection.** You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

**Vehicle Condition.** You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

BUY-ORDER-FL 7/15/2016
Page 2 of 3

Bankers Systems ®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

4530074

## Warranty Information

**Warranty. We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.**
**If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.**

**Used Car Buyer Notice. If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## Notices

☐  You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ 0.00 of negative equity.

## Signatures

**This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.**

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐   A separate Arbitration Agreement is a part of this Contract.

| X | 08/14/2020 |
|---|---|
| SAINT TONY LLC | Date |

| X | |
|---|---|
| Anthony D Ivankovich | Date |

| | N/A |
|---|---|
| N/A | Date |

| | 08/14/2020 |
|---|---|
| Dealer\Seller | Date |
| Marine Connection | |

Bankers Systems ®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

4529155

**BB&T** **Dealer Financial Services**
Recreational Lending

7701 Airport Center Drive, Suite 2300
Greensboro, NC 27409
866-729-9248

LOAN PURPOSE: ( ) Consumer   ( ) Business   ( ) Other

| Date | F&I Person | Telephone Number | Fax Number | Dealer Name |
|---|---|---|---|---|
| 08/14/2020 | | 877-497-2552 | 561-745-3637 | Marine Connection |

## APPLICANT INFORMATION

| 85-1652623 | 03/25/1939 | 305-365-6602 | |
|---|---|---|---|
| Social Security Number (SSN) | Birthdate | Landline Phone | Cell Phone |

| | SAINT TONY LLC | | ( ) Yes ( ) No |
|---|---|---|---|
| Last Name | First Name | Middle Name | Jr/Sr   US Citizen |

| 791 CRANDON BOULEVARD | OT2 PH6 | KEY BISCAYNE. | FL | 33149 |
|---|---|---|---|---|
| Present Street Address (Not a PO Box) | Apt # | City | State | Zip Code |

| 10 | ( ) Buying   ( ) Renting   ( ) Own free and clear   ( ) Other | $ | |
|---|---|---|---|
| Time at Residence (In Years) | | Rent / Mortgage Payment | |

| Mailing Address (if different from above) | Apt # | City | State | Zip Code |
|---|---|---|---|---|

| ANTHONY815@AOL.COM | Drivers License | I152004390870 | FL | |
|---|---|---|---|---|
| Email Address (By providing, I agree that BB&T may use this email address to correspond with me regarding my personal account information.) | Gov't ID Type | Gov't ID # | Gov't ID Issued by | |

## APPLICANT EMPLOYMENT INFORMATION

| | RETIRED | 20 | |
|---|---|---|---|
| Current Employer (if self-employed, business name) | Job Title | Time at job (in years) | |

| 1653 W Congress Pkwy | Chicago | IL | 60612 |
|---|---|---|---|
| Employer Address | City | State | Zip Code |

| | 312-942-3138 | |
|---|---|---|
| Gross Monthly Income (From all sources)
Alimony, child support, or separate maintenance income need not be revealed
if you do not wish to have it considered as a basis for repaying this obligation. | Business Phone | |

## JOINT APPLICANT INFORMATION

| 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 | 03/26/1939 | 305-365-6602 | |
|---|---|---|---|
| Social Security Number (SSN) | Birthdate | Landline Phone | Cell Phone |

| Ivankovich | Anthony | D | (✓) Yes ( ) No |
|---|---|---|---|
| Last Name | First Name | Middle Name | Jr/Sr   US Citizen |

| 791 CRANDON BLVD | OT2 PH6 | KEY BISCAYNE | FL | 33149 |
|---|---|---|---|---|
| Present Street Address (Not a PO Box) | Apt # | City | State | Zip Code |

| 10 | (✓) Buying   ( ) Renting   ( ) Own free and clear   ( ) Other | $ 0 | |
|---|---|---|---|
| Time at Residence (In Years) | | Rent / Mortgage Payment | |

| Mailing Address (if different from above) | Apt # | City | State | Zip Code |
|---|---|---|---|---|

| | Gov't ID Type | Gov't ID # | Gov't ID Issued by | |
|---|---|---|---|---|
| Email Address (By providing, I agree that BB&T may use this email address to correspond with me regarding my personal account information.) | | | | |

## JOINT APPLICANT EMPLOYMENT INFORMATION

| RETIRED | RETIRED | 20 | |
|---|---|---|---|
| Current Employer (if self-employed, business name) | Job Title | Time at Job (in years) | |

| | | | |
|---|---|---|---|
| Employer Address | City | State | Zip Code |

| | 305-365-6602 | |
|---|---|---|
| Gross Monthly Income (From all sources)
Alimony, child support, or separate maintenance income need not be revealed
if you do not wish to have it considered as a basis for repaying this obligation. | Business Phone | |

4529155

**BB&T** Dealer Financial Services
Recreational Lending

7701 Airport Center Drive, Suite 2300
Greensboro, NC 27409
866-729-9248

## COLLATERAL INFORMATION

| Type | | | Year | Make | Model | |
|---|---|---|---|---|---|---|
| RV | ( ) New | ( ) Used | | | | |
| Boat | (X) New | ( ) Used | 2020 | COBIA | 330 DUAL CONSOLE | |
| Engine | (X) New | ( ) Used | 2020 | YAMAHA | XF425NSA | |
| Engine | (X) New | ( ) Used | 2020 | YAMAHA | XF425NSA | |
| Trailer | ( ) New | ( ) Used | | | | |
| Trade-In | ( ) New | ( ) Used | | | | |

| | |
|---|---|
| **240** Term | |
| Sales Tax | $18,000.00 |
| | $340,963.50 |
| Selling Price (Including Tax) | $0.00 |
| Trade-In | $50,000.00 |
| Cash Down | $50,000.00 |
| Total Down Payment | $290,963.50 |
| Amount Financed | |
| Invoice | |

## LEGAL & REGULATORY

This is an application for credit to BB&T, a division of Branch Banking and Trust Company ("Application"). The words "we," "us," and "our" and "BB&T" means and includes BB&T, its designated service providers, agents, assigns, and successors, as applicable. The words "you" and "your" mean each applicant (as individuals) and both applicants (collectively) shown in Section 1 and signing the Application, either as the primary applicant or a joint applicant.

You agree that you read this Application and everything stated in it is true and complete. You certify that you are at least 18 years of age.

You authorize us to verify and obtain your credit and employment history or other information about you in this Application. You authorize us to obtain credit reports or similar consumer reports about you from one or more consumer reporting agencies in connection with your Application. If we approve this Application, you authorize us to obtain such credit and consumer reports about you in the future from consumer reporting agencies in connection with reviews, updates, extensions, renewals, modification, servicing, and collection of your BB&T account, and other legitimate purposes allowed by law. If you request, we will inform you whether we obtained a consumer report about you and, if so, provide the name and address of the consumer reporting agency that furnished any such report.

You understand and agree that we may provide information about your transactions with us to third parties (including consumer reporting agencies) for lawful purposes.

By providing your contact information, you agree that we may call you, leave you a voice, prerecorded, or artificial voice message, or send you a text, e-mail, or other electronic message for any purpose related to your accounts with BB&T, its products and services, or surveys or research (each, a "Communication"). You agree that we may call or text you at any telephone number associated with your accounts, including cellular telephone numbers, and may send an e-mail to any email address associated with your accounts. You also agree that we may include your personal information in a Communication and may conduct a Communication using an automatic telephone dialing system. We will not charge you for a Communication, but you understand that your service provider may. You understand and agree that we may always communicate with you in any manner permitted by law that does not require your prior consent.

You certify that: (i) the property purchased pursuant to this Application is for your personal and/or business use; (ii) you are fully responsible for making all payments for such property; (iii) such property will be in your possession or under your control, until the amount financed and all interest charges have been paid in full; and (iv) you are not purchasing any property financed through us for the benefit or use of a person or entity other than you, without our prior written approval. You understand and agree that you are granting us a purchase money security interest in the property you purchase with the BB&T account.

If you wish to revoke your consent to be contacted via cellular telephone using an automatic telephone dialing system and/or an artificial or prerecorded message, you agree to call us at (800) 226-5228 or (800) BANK-BBT whereby you will identify your name, the account(s) affected by your revocation of consent, and your telephone number(s).

**INSURANCE DISCLOSURE:** BB&T or its affiliates may not condition an extension of credit on either
• The client's purchase of an insurance product from BB&T or any of its affiliates, or
• The client's agreement not to obtain, or prohibition on the consumer from obtaining, an insurance product from an unaffiliated entity.

**NOTICE TO APPLICANTS:** The Fair Credit Reporting Act requires that we advise you that a routine inquiry may be made in processing your request for an extension of credit which will provide applicable information concerning your creditworthiness, insurance and credit standing, credit capacity, character, general reputation, personal characteristics, mode of living. Upon written request to the Branch Banking and Trust Company office processing your application information on the nature and scope of the inquiry, if one is made, will be provided. Applicant(s) signify that the information contained in this application is correct to the best of his/her knowledge, authorize BB&T to make a credit investigation and establish credit limits where applicable.

**WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.**

**OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**MARRIED WISCONSIN RESIDENTS:** If you (primary applicant, joint applicant, or both) are married, then-

(1) your name is:_____

(2) your spouse's name and address is_____

If you are married, your signature confirms that any obligation under this account will be incurred in the interest of your marriage or family. No provision of any marital property agreement, unilateral statement, or court order applying to marital property will adversely affect a creditor's interests unless the creditor, before the time credit is granted, is furnished with a copy of the agreement, statement, or court order, or has actual knowledge of the provision.

**CALIFORNIA RESIDENTS:** Each applicant, if married, may apply for a separate account.

**NEW YORK RESIDENTS:** A consumer report may be ordered in connection with your application. Upon your request, we will inform you whether or not a report was ordered. If a report was ordered, we will tell you the name and address of the consumer reporting agency that provided the report. Subsequent reports may be ordered or utilized in connection with an update, renewal or extension of credit for which you have applied.

**Important Information to Applicant(s):** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who applies for a loan or opens an account.

**What this means for you:** When you apply for a loan or open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In some instances, we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

**Read each instruction carefully before completing this form.**

| | |
|---|---|
| X | 08/14/2020 |
| Signature (Primary Applicant) | Date |
| X | 08/14/2020 |
| Signature (Joint Applicant) | Date |

**Must be completed if this is a joint application**

Each of you intend to apply for joint credit

Applicant (Initials)                    Joint Applicant (Initials)

**BB&T**
Recreational Lending

## REQUIRED INSURANCE VERIFICATION

4529155

Institution
D50

This dealership intends to assign your contract, dated _____08/14/2020_____, to Branch Banking and Trust Company (BB&T).
Your contract contains certain insurance requirements which you agree to meet through the insurance company listed below.
You further agree to name BB&T as **LOSS PAYEE** and to mail a copy of the policy to the address below:

### BB&T Insurance Center
### P.O. Box 25610-C
### Charlotte, NC 28229-5610

**PURCHASER:**

| NAME: | First SAINT TONY LLC | Middle | | Last | |
|---|---|---|---|---|---|
| ADDRESS: | Number 791 CRANDON BOULEVARD #OT2 PH6, | Street KEY BISCAYNEE, FL 33149 | City | State | Zip |
| HOME PHONE NUMBER: | Area Code (      ) 305-365-6602 | | WORK PHONE NUMBER: | Area Code (      ) 312-942-3138 | |

**UNIT INSURED:**

| Year | Make | Model | VIN/HIN |
|---|---|---|---|
| 2020 | COBIA | 330 DUAL CONSOLE | CBADF001A020 |

| INSURANCE AGENT INFORMATION: | | INSURANCE COMPANY INFORMATION: | | |
|---|---|---|---|---|
| NAME: | | NAME: | | |
| PHONE NUMBER: | Area Code (      ) | POLICY NUMBER: | | |
| MAILING ADDRESS: | | EFFECTIVE COVERAGE DATES: | From: | To: |
| CITY, STATE & ZIP CODE: | | | | |

| MARINE COVERAGE: | | RV / SPECIALTY TRAILER COVERAGE: | |
|---|---|---|---|
| AMOUNT OF COVERAGE: $ | | AMOUNT OF COVERAGE: $ | |
| HULL DEDUCTIBLE:     $          % | | COMPREHENSIVE DEDUCTIBLE:   $ | |
| NAMED STORM DEDUCTIBLE:   $ | | COLLISION DEDUCTIBLE:     $ | |

Signature of Purchaser: X _____     Date: _____08/14/2020_____

**DEALER CONFIRMATION:**

| ☐ AGENCY   ☐ INSURANCE COMPANY | NAME OF PERSON CONTACTED: | |
|---|---|---|
| CONFIRMED BY: | DATE: | BB&T LOSS PAYEE: ☐ YES   ☐ NO |

Dealer Rep Signature: _____     Name of Dealer: Marine Connection

**BB&T INTERNAL USE ONLY:**

| COVERAGE VERIFIED BY: | DATE: |
|---|---|
| BB&T ACCOUNT NUMBER: | |

F0038550001  Rev. 3/18/08

4529155

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
### SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL ☐ TRANSFER   VEHICLE TYPE: ☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL   OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

**1 — OWNER / APPLICANT INFORMATION**

Unit Number: N01569BT
Owner's Email Address: ANTHONY815@AOL.COM
Owner's County of Residence: MIAMI-DADE
Owner's Name As It Appears on Driver License: SAINT TONY LLC
Co-Owner's Name: Anthony D Ivankovich
Co-Owner's Date of Birth: 03/26/1939

Owner's Mailing Address: 791 CRANDON BOULEVARD #OT2 PH6   City: KEY BISCAYNE   State: FL   Zip: 33149
Co-Owner's Mailing Address: 791 CRANDON BLOULEVARD # OT2 PH6   City: KEY BISCAYNE   State: FL   Zip: 33149
Owner's Physical Street Address: 791 CRANDON BOULEVARD #OT2 PH6   City: KEY BISCAYNE   State: FL   Zip: 33149

**2 — MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION**

Vehicle/Vessel Identification Number: CBADF001A020
Make/Manufacturer: COBIA   Year: 2020
Length Ft. 29.7 In.

**3 — BRANDS, USAGE AND TYPE**

**4 — LIENHOLDER INFORMATION**

DMV Account #: 216005154   Date of Lien: 08/14/2020
Lienholder's Name: Branch Banking & Trust Company
Lienholder's Address: PO Box 1290   City: Whiteville   State: NC   Zip: 28472

**5 — TRANSFER TYPE**

DATE ACQUIRED 08 / 14 / 2020

**6 — ODOMETER DECLARATION**

ODOMETER NOW READS: 0 .XX
☒ 1. REFLECTS ACTUAL MILEAGE.

**7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION**

DATE OF SALE 08/14/2020

HSMV 82040 - REV. 11/15 RULE 15C-21.001, FAC   www.flhsmv.gov

Title Application-FL
Bankers Systems TM VMP®
Wolters Kluwer Financial Services

VMPC170sFLI (1603).00
MV-1-FL 3/1/2016
Page 1 of 2

4529155

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **CBADF001A020**
(Vehicle Identification Number)

DATE _____ SIGNATURE _____ PRINTED NAME

Law Enforcement Officer Or Florida Dealer/Agency Name _____ Badge # or Florida Dealer # _____ Notary Stamp or Seal

FL DMV/Tax Collector Employee _____ Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE _____
CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL _____
SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER) _____ Date **08/14/2020** SIGNATURE OF APPLICANT (CO-OWNER) _____ Date **08/14/2020**

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s), state(s) as follows: That _____ died on _____
(Name of Deceased) (Date)

☐ testate (with a will) ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-Owner or Heir(s) _____ Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____
Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
HSMV 82040 - REV. 11/15 RULE 15C-21.001, FAC www.flhsmv.gov

Title Application-FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services

VMPC170(FL) (1603).00
MV-1-FL 3/1/2016
Page 2 of 2

4529155

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES — DIVISION OF MOTORIST SERVICES
**SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE**
www.flhsmv.gov/offices/

# POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME OR VESSEL

_____
(Date)

I/We hereby name and appoint, _____, to be my/our
(Full Legibly Printed Name is Required)

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home or vessel described below, and to print my/our name and sign their name, in my/our behalf. My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

**CHECK ONE:**  ☐ **Motor Vehicle**   ☐ **Mobile Home**   ☐ **Vessel**

| Year | Make/Manufacturer | Body Type | Title Number |
|---|---|---|---|
| 2020 | COBIA | | |

| Vehicle/Vessel Identification Number |
|---|
| CBADF001A020 |

## NOTICE TO OWNER(S): COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| (Signature of Owner "Grantor") | SAINT TONY LLC |
|---|---|
| | (Legibly Printed Name of Owner "Grantor") |

| (Driver License, Identification Card or FEID Number for Owner) | 03/25/1939 |
|---|---|
| | (Date of Birth for Owner, if applicable) |

| 791 CRANDON BOULEVARD #OT2 PH6 | KEY BISCAYNE | FL | 33149 |
|---|---|---|---|
| (Owner's Address) | (City) | (State) | (Zip) |

| (Signature of Co-Owner "Grantor," if applicable) | |
|---|---|
| | (Legibly Printed Name of Co-Owner "Grantor," if applicable) |

| (Driver License, Identification Card or FEID Number for Co-Owner) | |
|---|---|
| | (Date of Birth for Co-Owner, if applicable) |

| (Co-Owner's Address) | (City) | (State) | (Zip) |
|---|---|---|---|

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the **buyer only** or the **seller only.** However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for the purpose of disclosing the odometer reading. This may be accomplished only with the secure power of attorney (HSMV 82995) when:

(a)   the title is physically being held by the lienholder; **or**
(b)   the title is lost.

**NOTE:** A licensed dealer and his/her employees are considered a single entity.

**Check your local phone book government pages or visit the following website for current mailing  addresses: http://www.flhsmv.gov/offices/**

Motor Vehicle Power of Attorney
VMP® Bankers Systems™
Wolters Kluwer Financial Services

HSMV 82063 (Rev. 12/11) S   www.flhsmv.gov
MV-POA-FL  1/31/2012
VMPC224FL  (1201).00
Page 1 of 1

4529155

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
N/A

B. Email Address

C. SEND ACKNOWLEDGEMENT TO:
Name   Branch Banking & Trust Company

Address   PO Box 1290

Address

City/State/Zip   Whiteville, NC 28472

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** — INSERT ONLY **ONE** DEBTOR NAME (1a OR 1b) — Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SAINT TONY LLC | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1.c MAILING ADDRESS Line One | | | |
| 791 CRANDON BOULEVARD #OT2 PH6 | This space not available | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | KEY BISCAYNE, | FL | 33149 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** — INSERT ONLY **ONE** DEBTOR NAME (2a OR 2b) — Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Ivankovich | Anthony | D | |
| 2.c MAILING ADDRESS Line One | | | |
| 791 CRANDON BLOULEVARD # OT2 PH6 | This space not available | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | KEY BISCAYNE | FL | 33149 | USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) — INSERT ONLY **ONE** SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Branch Banking & Trust Company | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3.c MAILING ADDRESS Line One | | | |
| PO Box 1290 | This space not available | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Whiteville | NC | 28472 | USA |

**4.** This **FINANCING STATEMENT** covers the following collateral:
   2020 COBIA 330 DUAL CONSOLE 29.7 CBADF001A020
   2020 YAMAHA XF425NSA OUTBOARD 6GRN-1002196
   2020 YAMAHA XF425NSA OUTBOARD 6GRN-1002195

**5. ALTERNATE DESIGNATION** (if applicable) ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG. LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX**—YOU ARE REQUIRED TO CHECK **EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV. 05/2013)          **Filing Office Copy**          Approved by the Secretary of State, State of Florida

UCC Financing Statement-FL
VMP® Bankers Systems™
Wolters Kluwer Financial Services

UCC-1 (REV. 05/2013)
UCC-1-LAZ-FL 7/29/2013
VMPC227(FL) (1307).00
Page 1 of 1

# STATEMENT OF AUTHORIZATION

DATE:  8/14/2020

NEW ENGLAND MARINE DOCUMENTATION
2 CENTRAL STREET
WINCHESTER, MA  01890
781.721.4500

RE:  **Hull ID#:CBADF001A020  20 COBIA330**

**Vessel:**          **SAINT ANTHONY**

**Hailing Port:**     **ISLAMORADA FL**

**The name and Hailing Port you have chosen for your boat must be spelled EXACTLY as they will appear on your boat.**

**Year Built: / Length: 33.4 / Model: COBIA 330DC / Builder: Maverick Boat Co.**

NEW ENGLAND MARINE DOCUMENTATION is hereby authorized to act as documentation specialist for the undersigned in connection with the preparation and filing of any and all U.S. Coast Guard documents and/or state registration for the captioned vessel.

Please have all correspondence, including but not limited to CG 1270, forwarded to the offices of NEW ENGLAND MARINE DOCUMENTATION.

I/We am/are not relying on  NEW ENGLAND MARINE DOCUMENTATION or any of its officers or employees to advise me/us on any tax, bankruptcy or insolvency matter or any general matter typically requiring an attorney in a legal dispute.

The Undersigned understands that NEW ENGLAND MARINE DOCUMENTATION cannot guarantee title nor is NEW ENGLAND MARINE DOCUMENTATION responsible for collection or payment of any taxes.

SAINT TONY LLC Manager Managed Limited Liability Company

BY:_____

ANTHONY IVANKOVICH, Manager

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard

OMB No: 1625-0027
Expires: 07/31/2019

## APPLICATION FOR INITIAL, EXCHANGE, OR REPLACEMENT OF CERTIFICATE OF DOCUMENTATION; REDOCUMENTATION

NOTE: FILING THIS APPLICATION DOES NOT ENTITLE A VESSEL TO DOCUMENTATION OR TO ANY CHANGES SOUGHT ON A CERTIFICATE OF DOCUMENTATION. OFFICIAL NUMBERS DESIGNATED ON THE BASIS OF THIS APPLICATION ARE NOT TRANSFERABLE. ONLY A CURRENT CERTIFICATE OF DOCUMENTATION IS VALID FOR VESSEL OPERATION.

### COMPLETE FOR ALL APPLICATIONS

| A. VESSEL NAME (REQUIRED) | B. OFFICIAL # (IF AWARDED) |
|---|---|
| **SAINT ANTHONY** | |
| CLICK ICON TO ATTACH LIST OF ADDITIONAL VESSEL(S) | |

| C. HULL ID # (IF ANY) | D. IMO # (IF ANY) | E. HAILING PORT INCLUDING STATE (TO BE MARKED ON VESSEL) |
|---|---|---|
| **CBADF001A020   20 COBI** | | **ISLAMORADA FL** |

F. NAME OF MANAGING OWNER
**SAINT TONY LLC Manager Managed Limited Liability Company**

E-MAIL ADDRESS:
TELEPHONE NUMBER:

SOCIAL SECURITY OR TAX ID NUMBER (REQUIRED – 46 USC 12104):

| SSN: | TIN: |
|---|---|

| G. PHYSICAL ADDRESS OF MANAGING OWNER (REQUIRED – 46 CFR 67.113) | MAILING ADDRESS OF MANAGING OWNER (IF DIFFERENT THAN PHYSICAL ADDRESS – E.G., P.O. BOX) |
|---|---|
| **791 CRANDON BLVD #OT2 PH6**<br><br>**KEY BISCAYNEE, FL   33149** | |

H. NAME(S) OF OTHER OWNER(S)

SOCIAL SECURITY OR TAX ID NUMBER(S) OF OTHER OWNER(S)

| SSN: | TIN: |
|---|---|

CLICK ICON TO ATTACH LIST OF ADDITIONAL OWNER(S)

### I. PURPOSE OF APPLICATION

- [ ] 1. EXCHANGE OF CERTIFICATE OF DOCUMENTATION.
- [ ] 2. REPLACEMENT OF LOST, WRONGFULLY WITHHELD OR MUTILATED CERTIFICATE OF DOCUMENTATION.
- [ ] 3. RE-INSTATEMENT OF CERTIFICATE OF DOCUMENTATION FOLLOWING FAILURE TO RENEW.
- [ ] 4. RETURN TO DOCUMENTATION FOLLOWING DELETION. VESSEL NAME WHEN LAST DOCUMENTED: _____
- [x] 5. APPLICATION FOR OFFICIAL NUMBER AND FIRST CERTIFICATE OF DOCUMENTATION. VESSEL
  - [x] WAS BUILT AT   **FORT PIERCE, FL, USA**   IN   2020
  - OR   *CITY, STATE, COUNTRY*   *MONTH/YEAR*
  - [ ] IS UNDER CONSTRUCTION AT _____ AND IS SCHEDULED FOR COMPLETION IN _____

HULL MATERIAL: [ ] WOOD  [ ] STEEL  [x] FIBROUS REINFORCED PLASTIC  [ ] ALUMINUM  [ ] CONCRETE

[ ] OTHER (DESCRIBE) _____ APPROXIMATE LENGTH OF VESSEL **33.4**

PREVIOUS NAMES, NUMBERS, OR FOREIGN REGISTRATIONS OF VESSEL _____

### J. ENDORSEMENTS FOR WHICH APPLICATION IS MADE

- [x] RECREATIONAL
- [ ] FISHERY
- [ ] COASTWISE
- [ ] REGISTRY

- [ ] COASTWISE – BOATERS ONLY (CERTIFICATE ON FILE)
- [ ] COASTWISE – OIL SPILL RESPONSE ONLY (LETTER OF QUALIFICATION ON FILE)
- [ ] COASTWISE UNDER CHARTER TO AN ENTITY QUALIFIED TO ENGAGE IN COASTWISE TRADE (COPY OF CHARTER ON FILE)

### K. PRIMARY SERVICE & HORSEPOWER

HORSEPOWER: _____

| | | |
|---|---|---|
| [ ] COMMERCIAL FISHING BOAT | [ ] OFFSHORE SUPPLY VESSEL | [x] RECREATIONAL |
| [ ] FISH PROCESSING VESSEL | [ ] PASSENGER (6 OR FEWER) | [ ] RESEARCH VESSEL |
| [ ] FREIGHT SHIP | [ ] PASSENGER (MORE THAN 6) | [ ] SCHOOL SHIP |
| [ ] FREIGHT BARGE | [ ] PASSENGER BARGE (6 OR FEWER) | [ ] TANK BARGE |
| [ ] INDUSTRIAL VESSEL | [ ] PASSENGER BARGE (MORE THAN 6) | [ ] TANK SHIP |
| [ ] MOBILE OFFSHORE DRILLING UNIT | [ ] PUBLIC FREIGHT | [ ] TOWING VESSEL |
| [ ] OIL RECOVERY | [ ] PUBLIC TANKSHIP/BARGE | [ ] UNCLASSIFIED VESSEL |
| | [ ] PUBLIC VESSEL, UNC | |

CG-1258 (08/16)     Previous Edition Obsolete

Reset

| L. | CITIZENSHIP OF OWNER (CHECK THE BOX(ES) TO SHOW THE TYPE(S) OF ENTITY(IES) THAT OWNS THE VESSEL) |

☐ ONE OR MORE INDIVIDUALS
I (WE) CERTIFY THAT ALL OWNERS OF THIS VESSEL ARE CITIZENS OF THE UNITED STATES

☐ GOVERNMENT ENTITY (FEDERAL, STATE, TERRITORY, POSSESSION OR SUBDIVISION)

☐ CORPORATION (SEE SECTION M, ITEM 5 WHEN APPLYING FOR A FISHERY OR COASTWISE ENDORSEMENT).

    1. STATE OF INCORPORATION_____

    2. CITIZENSHIP OF CHIEF EXECUTIVE OFFICER BY WHATEVER TITLE_____

    3. CITIZENSHIP OF CHAIRMAN OF THE BOARD_____

    4. NUMBER OF DIRECTORS NECESSARY TO CONSTITUTE A QUORUM_____

    5. NUMBER OF ALIEN DIRECTORS_____

    6. PERCENTAGE OF STOCK OWNED BY U.S. CITIZENS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT, WITH THE ENDORSEMENT(S) SOUGHT ON THIS APPLICATION IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

        ☐ LESS THAN 50%    ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
        ☐ 50% OR MORE: STATE EXACT  ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
        PERCENTAGE _____

LIMITED LIABILITY COMPANY (LLC): (COMPLETE EQUITY SECTION AND CHOOSE TYPE) (SEE SECTION M, ITEM 5 WHEN APPLYING FOR A FISHERY OR COASTWISE ENDORSEMENT).

EQUITY INTEREST OWNED BY PERSONS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT SOUGHT IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

        ☐ LESS THAN 50%    ☑ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
        ☐ 50% OR MORE: STATE EXACT  ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
        PERCENTAGE _____

☐ 1. MEMBER MANAGED LIMITED LIABILITY COMPANY
I (WE) CERTIFY THAT ALL MEMBERS OF THIS LLC ARE CITIZENS OF THE UNITED STATES ELIGIBLE TO DOCUMENT VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

    (CLICK ICON TO ATTACH LIST OF ALL MEMBERS)(REQUIRED)

**OR**

    2. LIMITED LIABILITY COMPANY NOT MANAGED BY MEMBERS AND NOT SIMILAR TO GENERAL PARTNERSHIP:
PLEASE NOTE (A) & (B) MUST BE CHECKED FOR FISHERY AND COASTWISE ENDORSEMENTS; NOT REQUIRED FOR COASTWISE OIL SPILL OR COASTWISE UNDER CHARTER ENDORSEMENTS.

☑ A. I (WE) CERTIFY THAT ANY PERSON ELECTED TO MANAGE THE LLC OR WHO IS AUTHORIZED TO BIND THE LLC, AND ANY PERSON WHO HOLDS A POSITION EQUIVALENT TO THE CHIEF EXECUTIVE OFFICER, BY WHATEVER TITLE, AND THE CHAIRMAN OF THE BOARD OF DIRECTORS IN A CORPORATION, AND ANY PERSONS AUTHORIZED TO ACT IN THEIR ABSENCE ARE CITIZENS OF THE UNITED STATES.

☑ B. NON-CITIZENS DO NOT HAVE AUTHORITY WITHIN A MANAGEMENT GROUP, WHETHER THROUGH VETO POWER, COMBINED VOTING, OR OTHERWISE, TO EXERCISE CONTROL OVER THE LLC.

    STATE WHERE ORGANIZED Florida_____

PARTNERSHIP (COMPLETE EQUITY SECTION AND CHOOSE TYPE) (SEE SECTION M, ITEM 5 WHEN APPLYING FOR FISHERY OR COASTWISE ENDORSEMENT)

EQUITY INTEREST OWNED BY PERSONS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT SOUGHT IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

        ☐ LESS THAN 50%    ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
        ☐ 50% OR MORE STATE EXACT  ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
        PERCENTAGE _____

☐ 1. GENERAL PARTNERSHIP
I (WE) CERTIFY THAT ALL PARTNERS IN THIS PARTNERSHIP ARE CITIZENS OF THE UNITED STATES ELIGIBLE TO DOCUMENT VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

☐ 2. LIMITED PARTNERSHIP
I (WE) CERTIFY THAT ALL GENERAL PARTNERS IN THIS PARTNERSHIP ARE CITIZENS OF THE UNITED STATES, ELIGIBLE TO DOCUMENT VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

    (CLICK ICON TO ATTACH LIST OF ALL GENERAL PARTNERS)(REQUIRED)

☐ CORPORATION QUALIFIED AND APPLYING UNDER 46 CFR 68.01 (BOWATERS)
I (WE) CERTIFY THAT THE CORPORATE STRUCTURE HAS NOT CHANGED SINCE ISSUANCE OF THE CERTIFICATE OF COMPLIANCE.

☐ VESSEL OWNED OR OPERATED BY NOT-FOR-PROFIT OIL RECOVERY COOPERATIVE
I (WE) CERTIFY THAT THE INFORMATION ON FILE WITH REGARD TO COOPERATIVE AND ISSUANCE OF THE LETTER OF QUALIFICATION REMAINS UNCHANGED.

☐ JOINT VENTURE OR ASSOCIATION
I (WE) CERTIFY THAT ALL MEMBERS OF THIS (JOINT VENTURE) (ASSOCIATION) ARE CITIZENS OF THE UNITED STATES, ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT(S) SOUGHT.

    (CLICK ICON TO ATTACH LIST OF ALL JOINT VENTURERS/MEMBERS)(REQUIRED)

Reset

TRUST ARRANGEMENT (COMPLETE EQUITY/STOCK SECTION) (SEE SECTION M, ITEM 5 WHEN APPLYING FOR A FISHERY OR COASTWISE ENDORSEMENT)

☐ I (WE) CERTIFY THAT ALL TRUSTEES AND ALL BENEFICIARIES WITH AN ENFORCEABLE INTEREST IN THIS TRUST ARRANGEMENT ARE CITIZENS OF THE UNITED STATES, ELIGIBLE TO DOCUMENT VESSELS WITH THE ENDORSEMENT(S) SOUGHT IN THEIR OWN RIGHT.

EQUITY INTEREST OWNED BY PERSONS ELIGIBLE TO DOCUMENT VESSELS IN THEIR OWN RIGHT WITH THE ENDORSEMENT(S) SOUGHT IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART C)

☐ LESS THAN 50%               ☐ 75% OR MORE (AND, AT EACH TIER, IF APPLICABLE)
☐ 50% OR MORE: STATE EXACT    ☐ 75% OR MORE (AND, AT EACH TIER AND IN THE AGGREGATE (IF FISHERY), IF APPLICABLE)
   PERCENTAGE _____

**OR**

☐ VESSEL OWNED IN A TRUST ARRANGEMENT PURSUANT TO 46 USC 12111(c) (CROSS BORDER FINANCING)

I (WE) CERTIFY THAT THE VESSEL IS OWNED IN A TRUST ARRANGEMENT THAT QUALIFIES FOR A REGISTRY ENDORSEMENT ONLY PURSUANT TO PUBLIC LAW 104-324, SECT. 1136. ATTACHED IS AN AFFIDAVIT OF EACH TRUSTEE AND CITIZENSHIP EVIDENCE FOR THE CHARTERER AS REQUIRED UNDER THE STATUTE.

(CLICK ICON TO ATTACH LIST OF ALL TRUSTEES AND ALL BENEFICIARIES WITH AN ENFORCEABLE INTEREST) (REQUIRED)

M.  I (WE) CERTIFY THAT: (MARK ALL THAT ARE APPLICABLE. ITEM 5. NOT REQUIRED FOR COASTWISE BOWATER ONLY, OIL SPILL, OR UNDER CHARTER ENDORSEMENTS.)

☑  1.  I AM (WE ARE) A CITIZEN(S) OF THE UNITED STATES AND LEGALLY AUTHORIZED TO EXECUTE THIS APPLICATION IN THE CAPACITY SHOWN;

☑  2.  IN ACCORDANCE WITH 46 CFR PART 67 (SUBPART I) THE VESSEL(S) TO WHICH THIS APPLICATION APPLIES;
        (a) ☐ HAS (HAVE) BEEN MARKED  OR  ☑ WILL BE MARKED;
        (b) WILL AT ALL TIMES REMAIN UNDER THE COMMAND OF A U.S. CITIZEN, UNLESS DOCUMENTED SOLELY WITH A RECREATIONAL ENDORSEMENT; WILL NOT BE OPERATED IN A TRADE NOT AUTHORIZED BY THE ENDORSEMENT(S) ON THE CERTIFICATE(S) OF DOCUMENTATION. THE NAME(S) OF THE VESSEL(S) WILL NOT BE CHANGED WITHOUT APPROVAL FROM THE NATIONAL VESSEL DOCUMENTATION CENTER; AND I(WE) WILL PROMPTLY NOTIFY THE NATIONAL VESSEL DOCUMENTATION CENTER UPON A CHANGE IN ANY OF THE INFORMATION OR REPRESENTATIONS IN THIS APPLICATION.

☑  3.  ☑ HAS (HAVE) NOT  OR  ☐ HAS (HAVE) BEEN REBUILT OR SUBSTANTIALLY ALTERED SINCE LAST DOCUMENTATION;

☑  4.  THE VESSEL IS
        ☑ NOT TITLED UNDER A STATE OR
        ☐ TITLED UNDER THE LAWS OF_____

*THE FOLLOWING ITEM IS REQUIRED FOR COASTWISE AND/OR FISHERY ENDORSEMENTS; HOWEVER, IT IS NOT REQUIRED FOR COASTWISE BOWATER ONLY, OIL SPILL, OR UNDER CHARTER ENDORSEMENTS.*

☐  5.  U.S. CONTROL CERTIFICATION: THERE IS NO CONTRACT OR UNDERSTANDING THAT PROVIDES MORE THAN 25% OF THE VOTING POWER IN THE PARTNERSHIP, LIMITED LIABILITY COMPANY, CORPORATION, OR OTHER OWNING ENTITY EITHER DIRECTLY OR INDIRECTLY ON BEHALF OF ANY PERSON NOT A CITIZEN OF THE UNITED STATES. BY NO MEANS WHATSOEVER IS CONTROL IN EXCESS OF 25% CONFERRED UPON OR PERMITTED TO BE EXERCISED BY A PERSON WHO IS NOT A CITIZEN OF THE UNITED STATES.

POTENTIAL PENALTIES FOR FALSE STATEMENTS OR REPRESENTATIONS BY OWNER OR REPRESENTATIVE: CIVIL, MONETARY, VESSEL FORFEITURE (46 USC 12151), FINE AND/OR IMPRISONMENT (18 USC 1001)

X_____    August 14, 2020          Manager
SIGNATURE                            DATE                      CAPACITY (E.G., OWNER, AGENT, TRUSTEE,
                                                               GENERAL PARTNER, CORPORATE OFFICER, MEMBER)
**ANTHONY IVANKOVICH**
PRINTED OR TYPED NAME

APPLICATION FEES ARE NOT REFUNDABLE (46 CFR 67.500 (e)).

**PRIVACY ACT STATEMENT**

1.  **AUTHORITY:** 46 U.S.C. CHAPTER 121, DOCUMENTATION OF VESSELS AND 46 U.S.C. CHAPTER 125, VESSEL IDENTIFICATION SYSTEM; 46 U.S.C. § 50501, ENTITIES DEEMED CITIZENS OF THE UNITED STATES.
2.  **PURPOSE:** TO VALIDATE CITIZENSHIP OF THE OWNER OF THE VESSEL FOR WHICH APPLICATION FOR DOCUMENTATION IS MADE, TO DETERMINE ELIGIBILITY OF THE VESSEL TO BE DOCUMENTED WITH THE PREFERRED TRADE ENDORSEMENT, AND TO PUBLISH INFORMATION RELATED TO U.S. DOCUMENTED VESSELS.
3.  **ROUTINE USES:** AUTHORIZED USCG PERSONNEL WILL UTILIZE THIS INFORMATION TO VALIDATE CITIZENSHIP OF THE VESSEL'S OWNER AND CERTIFY VESSEL'S ELIGIBILITY TO BE DOCUMENTED WITH THE PREFERRED TRADE ENDORSEMENT. ANY DISCLOSURES OF DATA WITHIN THIS RECORD WILL BE MADE IN ACCORDANCE WITH DHS/USCG-013, MARINE INFORMATION FOR SAFETY AND LAW ENFORCEMENT (MISLE), 74 FEDERAL REGISTER (FR) 30305, JUNE 25, 2009.
4.  **CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** VOLUNTARY. HOWEVER, FAILURE TO PROVIDE THE REQUESTED INFORMATION WILL RESULT IN DENIAL OF APPLICATION, WHICH MAY PREVENT THE OWNER FROM OPERATING THE VESSEL(S) IN A SPECIFIC TRADE.

AN AGENCY MAY NOT CONDUCT OR SPONSOR AND A PERSON IS NOT REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS IT DISPLAYS A VALID OMB CONTROL NUMBER.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 30 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419, OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

CG-1258 (08/16)

Reset

OMB APPROVAL NO. 2115-0068

U.S. Department of Transportation
**Maritime Administration**

## DECLARATION OF CITIZENSHIP FOR VESSEL RECORDATION PURPOSES
### (Section 40, Shipping Act, 1916, as amended,
### 46 U.S.C. 838, 40 Stat. 902. as amended)

I.    VESSEL1/
A.    NAME:    **SAINT ANTHONY**

                                       **B. OFFICIAL NUMBER:**

                                        **Hull# :CBADF001A020  20 CO**

11.    ENTITY ON BEHALF OF WHICH DECLARATION IS MADE
A.    NAME:
       **SAINT TONY LLC Manager Managed Limited Liability Company**

B.    ADDRESS:    **791 CRANDON BLVD #OT2 PH6 KEY**
                      **BISCAYNEE, FL  33149**

C.    STATE WHERE INCORPORATED, ORGANIZED, CHARTERED, OR RESIDING:    **ON FILE**

D.    LEGAL NATURE *(check appropriate entry)*

_____ Individual/Trust                _____ Association

_____✓_____ Corporation/LLC             _____ Mutual Savings Bank/ Insurance Co

_____ Partnership/joint venture      _____ Other *(specify)*

E.    CAPACITY *(check  appropriate entry)*

_____✓_____ Purchaser/transferee

_____ Mortgagee

_____ Trustee-mortgagee

III.      DECLARATION:

I hereby declare that I am legally authorized to make this declaration on behalf of the entity named above, and that this transaction does not violate the provisions of 46 U.S.C. 808 and 835 *(if applicable)* because said entity meets the applicable criteria set forth on the reverse of this form and is therefore a citizen of the United States within the meaning of 46 U.S.C. 802.

X

_____    **August 14, 2020**
                          **SIGNATURE**                   **DATE**

### NAME OF PERSON SIGNING *(Print):*   ANTHONY IVANKOVICH,  MANAGER

**PENALTY FOR FALSE STATEMENT: Any person who knowingly makes a false statement of a material fact in this declaration shall be guilty of a misdemeanor and subject to a fine of not more than $5,000 or to imprisonment for not more than five years, or both (46 U.S.C. SAS).**

₁If two or more vessels are involved, attach schedule of vessel names and official numbers.

**FORM MA-899 (9-82)**
**(RM MA-4557, 4557 A, 4558, 4558A, 46611, 4610, 4660A, 4581, 4562, 4MI3)**

7530-01 -G F 3-0400

# FIRST PREFERRED SHIP MORTGAGE

This Mortgage, made this 14 day of August 2020 , between SAINT TONY LLC Manager Managed Limited Liability Company (100%) whose address is  791 CRANDON BLVD #OT2 PH6 KEY BISCAYNEE, FL  33149 (hereinafter referred to as "Mortgagor") and  BRANCH BANKING AND TRUST COMPANY, (100%) whose address is  P. O. Box 1290 Whiteville, NC  28472 (hereinafter referred to as "Mortgagee"):

## W I T N E S S E T H:

WHEREAS, the Mortgagor is the sole owner of that certain vessel called SAINT ANTHONY Hull ID#CBADF001A020  20 COBIA330 ("Vessel"), as more fully described in the Certificate of Documentation, together with all the engines, boilers, machinery, masts, bowsprits, boats, anchors, cables, rigging, tackle, apparel, furniture, nets and fishing gear, and all other appurtenances thereto belonging and appertaining, and any and all additions, improvements, and replacements hereafter made in or to the Vessel or any part of appurtenance or equipment thereof;

WHEREAS, the Mortgagor is justly indebted to the Mortgagee in the sum of  $290,863.15 and, to secure the payment of said indebtedness plus interest, has executed and delivered this FIRST Preferred Ship Mortgage ("Mortgage") and a Retail Installment Contract and Security Agreement ("Note") to the Mortgagee dated August 14, 2020.

NOW, THEREFORE, THIS MORTGAGE WITNESSETH:

That in consideration of the premises stated above and the mutual covenants herein described, and to secure the payment of the said principal sum and interest thereon at the rate specified in the Note, and the payment of any advancements that shall hereafter be made, and of the Note and the performance of all the covenants and conditions herein, Mortgagor has granted, bargained, sold, conveyed, transferred assigned, remised, released, mortgaged, set over, and confirmed and by these presents does grant, bargain, sell, convey, transfer, assign, remise, release, mortgage, set over, and confirm unto the Mortgagee the whole of the Vessel.

TO HAVE AND TO HOLD all the property aforesaid unto the Mortgagee.

PROVIDED, HOWEVER, and these presents are upon the condition that if the Mortgagor shall pay or cause to be paid to the Mortgagee the aforesaid principal sum with interest thereon in accordance with the terms and conditions of the Note and shall pay any and all advances hereafter made to Mortgagor by the Mortgagee, and shall keep, perform, and observe all and singular the covenants and promises in the Note and in these presents expressed to be kept, performed, and observed by or on the part of the Mortgagor, then this Mortgage and the estate hereby granted shall cease, determine, and be void, otherwise to remain in full force and effect.

The Mortgagor hereby agrees to pay the principal amount aforesaid, and the interest thereupon as stipulated and to fulfill, perform, and observe each and every one of the covenants, agreements, and conditions in this Mortgage and in said Note contained.

The Mortgagor hereby covenants and agrees with the Mortgagee as follows:

### ARTICLE I

That the Mortgagor is a citizen of the United States.

### ARTICLE II

That the Mortgagor lawfully owns and is lawfully possessed of the mortgaged property, and the Mortgagor covenants and promises that Mortgagor will warrant and defend the title and possession thereto and every part thereof for the benefit of the Mortgagee against the claims and demands of all persons whomsoever; and further warrants that there are no liens, mortgage or mortgages on the Vessel except: NONE.

### ARTICLE III

That the Mortgagor at Mortgagor's own cost, shall keep the Vessel insured in an amount equal to the full commercial value but not in any case for less than one hundred percent (100%) of the amount remaining unpaid on said principal sum on said Note or notes.  Said insurance shall be placed with responsible underwriters satisfactory to the Mortgagee under such form of policies as Mortgagee approves and shall include protection and indemnity coverage;  said policies are to be delivered to the Mortgagee, and shall be payable as the interest of the parties may appear.  In the event Mortgagor fails to obtain said insurance, then the Mortgagee may do so for the account of Mortgagor.  Said policies shall not be cancelled, amended, or modified without Mortgagee's consent.  The Mortgagor shall not do any act, nor voluntarily suffer or permit any act to be done whereby any insurance is or may be suspended, impaired, or defeated and shall not suffer or permit the Vessel to engage in any voyage or to carry any cargo not permitted under the policies of insurance in effect.

### ARTICLE IV

That neither the Mortgagor nor the master of the Vessel shall have any right, power, or authority to create, incur or permit to be placed or imposed upon the Vessel any liens whatsoever other that for crew's wages, wages of stevedores and salvage.  The Mortgagor shall carry a properly certified copy of this Mortgage with the ship's papers and shall exhibit the same to any person having business with the Vessel which might give rise to any lien other than for crew's or stevedore's wages and salvage.

### ARTICLE V

That the Mortgagor shall place and keep prominently displayed in the chart room framed printed notices  reading as follows:
THIS VESSEL IS COVERED BY A FIRST PREFERRED SHIP MORTGAGE TO:

#### BRANCH BANKING AND TRUST COMPANY

PURSUANT TO THE TERMS OF THE SAID MORTGAGE, A CERTIFIED COPY OF THE MORTGAGE MUST BE KEPT WITH THE VESSEL'S PAPERS.  NEITHER THE MORTGAGOR NOR THE MASTER OF THE VESSEL HAS ANY RIGHT, POWER, OR AUTHORITY TO CREATE, INCUR, OR PERMIT TO BE IMPOSED UPON THE VESSEL ANY LIENS

WHATSOEVER OTHER THAN FOR CREW'S WAGES, WAGES OF STEVEDORES, OR SALVAGE.

Case 1:22-cv-24183-JAL   Document 37-2   Entered on FLSD Docket 11/09/2023   Page 22 of 29

### ARTICLE VI

That if a libel shall be filed against the Vessel or if the Vessel shall be seized or taken into custody or sequestered by virtue of any legal proceedings in any court, the Mortgagor shall within thirty (30) days thereafter cause the said Vessel to be released and discharged, but this article shall not be construed as a waiver of Articles III and IV.

### ARTICLE VII

That at all reasonable times the Mortgagor shall maintain and preserve the Vessel in good condition, working order, and repair, as at the date of the execution of this Mortgage, ordinary wear and tear and depreciation excepted. Mortgagee shall have the right of inspection at any time.

### ARTICLE VIII

That the Mortgagor shall pay and discharge, when due and payable from time to time, all taxes, assessments, penalties, and governmental charge imposed upon the Vessel, its tackle, etc. subject, or to become subject, to this Mortgage.

### ARTICLE IX

That if the Mortgagor shall make default in the performance of any of the covenants of this Mortgage on Mortgagor's part to be performed, the Mortgagee may, in Mortgagee's discretion, do any act or make any expenditure necessary to remedy such default, including, without limitation of the foregoing, entry upon the Vessel to make repairs and the Mortgagor shall promptly reimburse the Mortgagee, with interest at the rate of ten percent (10%) per annum, for any and all expenditures so made or incurred; and until the Mortgagor shall so reimburse the Mortgagee for such expenditures the amount thereof shall be added to the amount of the debt secured by this Mortgage, and shall be secured by this Mortgage in like manner and extent as if the amount and description thereof were written herein; but the Mortgagee though privileged so to do, shall be under no obligation to the Mortgagor to make such expenditures nor shall the making thereof relieve the Mortgagor of any default in that respect. The Mortgagor shall also reimburse the Mortgagee promptly with interest at the rate of ten percent (10%) per annum for any and all advances, expenses, and attorney's fees made or incurred by the Mortgagee at any time and for any and all damages sustained by the Mortgagee from or by reason of any default of the Mortgagor.

### ARTICLE X

That until default shall have been made in the performance by the Mortgagor or any terms, conditions, covenants, and promises herein contained, the Mortgagor may retain and possess the Vessel and may use and operate the same.

### ARTICLE XI

That the Mortgagor shall comply with and satisfy all the provisions of Title 46, Chapter 313 Section 31322 of the United States Code and shall establish and maintain this Mortgage as a preferred mortgage under said United States Code, and the Mortgagor shall not sell, mortgage, transfer nor change the flag of the Vessel without the written consent of the Mortgagee.

### ARTICLE XII

In any case of default, the Mortgagee shall be entitled to exercise the right of entry and retaking of the Vessel and its appurtenances and equipment without legal process and with any and all other rights, privileges, and powers herein granted and confirmed.

### ARTICLE XIII

In any event of Mortgagor's default of prompt and punctual payment when due in the payment of any interest or principal sum on said Note, or if default shall be made hereunder by the Mortgagor in the observance, or performance of any other of the covenants, agreements, or conditions, of the Note or this Mortgage contained on Mortgagor's part to be observed and performed; or if the Mortgagor shall be adjudged bankrupt, or if a receiver be appointed, or if the Mortgagor shall make a general assignment for the benefit of creditors, or if the Vessel shall be libeled or levied upon, taken into custody or sequestered by virtue of any legal proceedings and such legal proceedings are not vacated or set aside and the said property released with (15) fifteen days, or if the Mortgagor shall remove or attempt to remove this said property subject, or to become subject, to this Mortgage beyond the limits of the United States, without the intent to return to the United States, then in every such case the entire principal sum and/or said Note with interest shall be immediately due and payable at Mortgagee's option without prior notice. Nothing in this article shall be deemed a waiver of the provisions of Articles III and IV. If such sums are not paid forthwith, Mortgagee may take possession of the Vessel, its tackle , equipment, etc. without process of law, and Mortgagor shall forthwith surrender possession to Mortgagee who may sell the same at public or private sale after written notice to Mortgagor by mail. Mortgagee shall have the right to bid or purchase the Vessel.

### ARTICLE XIV

Proceeds from any sale shall be applied as follows:

| First. | To pay charges of sale, including expenses of retaking. |
|---|---|
| Second. | Attorney's fees and costs. |
| Third. | Payment of unpaid balance of principal and interest on said Note, and advances made by Mortgagee. |
| Fourth. | Any surplus to Mortgagor. If insufficient funds are realized to satisfy the sums set out above, Mortgagor shall forthwith pay Mortgagee the amount of such deficiency. |

### ARTICLE XV

That in case the Mortgagee shall have proceeded to enforce any right under this indenture, by foreclosure, entry, or otherwise, and such proceedings shall have been discontinued or abandoned for any reason, or shall have been determined adversely to the Mortgagee, then the Mortgagor and the Mortgagee shall be restored to their former positions except that the cost of such proceedings and attorney's fees shall be charged to the account of the Mortgagor and bear interest.

ARTICLE XVI

That no delay or omission of the Mortgagee to exercise any right or power accruing upon any default shall impair any such right or power, or shall be construed to be a waiver of any such default or acquiescence therein; and every power and remedy given herein may be exercised from time to time as often as may be deemed expedient.

ARTICLE XVII

Nothing contained in this Mortgage shall be construed as a waiver of the preferred status of this Mortgage by the Mortgagee.

ARTICLE XVIII

In addition to the payment of the Note herein set forth,  this Mortgage shall secure the payment of all other sums with interest thereon which may hereafter be borrowed  or received by the Mortgagor from Mortgagee or which may be paid by the Mortgagee for the account of Mortgagor.

ARTICLE XIX

The word "Mortgagor" means every party (individuals and corporations) who signs this Mortgage as Mortgagor, every registered owner of the Vessel, and the personal representatives, successors and assigns of Mortgagor.  The word "Mortgagee" means the Mortgagee and anyone who has the Mortgagee's rights under this Mortgage.  If this Mortgage is given by a corporation, the words it and its may also mean the corporation.

ARTICLE XX

All notices to Mortgagor may be made by mail addressed as set forth on page one.

All covenants, stipulations, and agreements in this Mortgage contained are and shall bind and inure to the benefit of the Mortgagor and Mortgagee.

IN WITNESS WHEREOF, the Mortgagor has executed this Mortgage the date and year first above written.



ANTHONY IVANKOVICH, Owner

STATE OF

COUNTY OF

On _____ before me, _____ Notary Public, personally appeared

__  ANTHONY IVANKOVICH
_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the said state that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)          Commission Expires:_____

# FIRST PREFERRED SHIP MORTGAGE

This Mortgage, made this 14 day of August 2020 , between SAINT TONY LLC Manager Managed Limited Liability Company (100%)  whose address is  791 CRANDON BLVD #OT2 PH6 KEY BISCAYNEE, FL  33149 (hereinafter referred to as "Mortgagor") and  BRANCH BANKING AND TRUST COMPANY, (100%) whose address is  P. O. Box 1290 Whiteville, NC  28472 (hereinafter referred to as "Mortgagee"):

## W I T N E S S E T H:

WHEREAS, the Mortgagor is the sole owner of that certain vessel called SAINT ANTHONY Hull ID#CBADF001A020  20 COBIA330 ("Vessel"), as more fully described in the Certificate of Documentation, together with all the engines, boilers, machinery, masts, bowsprits, boats, anchors, cables, rigging, tackle, apparel, furniture, nets and fishing gear, and all other appurtenances thereto belonging and appertaining, and any and all additions, improvements, and replacements hereafter made in or to the Vessel or any part of appurtenance or equipment thereof;

WHEREAS, the Mortgagor is justly indebted to the Mortgagee in the sum of  $290,863.15 and, to secure the payment of said indebtedness plus interest, has executed and delivered this FIRST Preferred Ship Mortgage ("Mortgage") and a Retail Installment Contract and Security Agreement ("Note") to the Mortgagee dated August 14, 2020.

NOW, THEREFORE, THIS MORTGAGE WITNESSETH:

That in consideration of the premises stated above and the mutual covenants herein described, and to secure the payment of the said principal sum and interest thereon at the rate specified in the Note, and the payment of any advancements that shall hereafter be made, and of the Note and the performance of all the covenants and conditions herein, Mortgagor has granted, bargained, sold, conveyed, transferred assigned, remised, released, mortgaged, set over, and confirmed and by these presents does grant, bargain, sell, convey, transfer, assign, remise, release, mortgage, set over, and confirm unto the Mortgagee the whole of the Vessel.

TO HAVE AND TO HOLD all the property aforesaid unto the Mortgagee.

PROVIDED, HOWEVER, and these presents are upon the condition that if the Mortgagor shall pay or cause to be paid to the Mortgagee the aforesaid principal sum with interest thereon in accordance with the terms and conditions of the Note and shall pay any and all advances hereafter made to Mortgagor by the Mortgagee, and shall keep, perform, and observe all and singular the covenants and promises in the Note and in these presents expressed to be kept, performed, and observed by or on the part of the Mortgagor, then this Mortgage and the estate hereby granted shall cease, determine, and be void, otherwise to remain in full force and effect.

The Mortgagor hereby agrees to pay the principal amount aforesaid, and the interest thereupon as stipulated and to fulfill, perform, and observe each and every one of the covenants, agreements, and conditions in this Mortgage and in said Note contained.

The Mortgagor hereby covenants and agrees with the Mortgagee as follows:

### ARTICLE I

That the Mortgagor is a citizen of the United States.

### ARTICLE II

That the Mortgagor lawfully owns and is lawfully possessed of the mortgaged property, and the Mortgagor covenants and promises that Mortgagor will warrant and defend the title and possession thereto and every part thereof for the benefit of the Mortgagee against the claims and demands of all persons whomsoever; and further warrants that there are no liens, mortgage or mortgages on the Vessel except: NONE.

### ARTICLE III

That the Mortgagor at Mortgagor's own cost, shall keep the Vessel insured in an amount equal to the full commercial value but not in any case for less than one hundred percent (100%) of the amount remaining unpaid on said principal sum on said Note or notes.  Said insurance shall be placed with responsible underwriters satisfactory to the Mortgagee under such form of policies as Mortgagee approves and shall include protection and indemnity coverage;  said policies are to be delivered to the Mortgagee, and shall be payable as the interest of the parties may appear.  In the event Mortgagor fails to obtain said insurance, then the Mortgagee may do so for the account of Mortgagor.  Said policies shall not be cancelled, amended, or modified without Mortgagee's consent.  The Mortgagor shall not do any act, nor voluntarily suffer or permit any act to be done whereby any insurance is or may be suspended, impaired, or defeated and shall not suffer or permit the Vessel to engage in any voyage or to carry any cargo not permitted under the policies of insurance in effect.

### ARTICLE IV

That neither the Mortgagor nor the master of the Vessel shall have any right, power, or authority to create, incur or permit to be placed or imposed upon the Vessel any liens whatsoever other that for crew's wages, wages of stevedores and salvage.  The Mortgagor shall carry a properly certified copy of this Mortgage with the ship's papers and shall exhibit the same to any person having business with the Vessel which might give rise to any lien other than for crew's or stevedore's wages and salvage.

### ARTICLE V

That the Mortgagor shall place and keep prominently displayed in the chart room framed printed notices  reading as follows:
THIS VESSEL IS COVERED BY A FIRST PREFERRED SHIP MORTGAGE TO:

## BRANCH BANKING AND TRUST COMPANY

PURSUANT TO THE TERMS OF THE SAID MORTGAGE, A CERTIFIED COPY OF THE MORTGAGE MUST BE KEPT WITH THE VESSEL'S PAPERS.  NEITHER THE MORTGAGOR NOR THE MASTER OF THE VESSEL HAS ANY RIGHT, POWER, OR AUTHORITY TO CREATE, INCUR, OR PERMIT TO BE IMPOSED UPON THE VESSEL ANY LIENS

## ARTICLE VI

That if a libel shall be filed against the Vessel or if the Vessel shall be seized or taken into custody or sequestered by virtue of any legal proceedings in any court, the Mortgagor shall within thirty (30) days thereafter cause the said Vessel to be released and discharged, but this article shall not be construed as a waiver of Articles III and IV.

## ARTICLE VII

That at all reasonable times the Mortgagor shall maintain and preserve the Vessel in good condition, working order, and repair, as at the date of the execution of this Mortgage, ordinary wear and tear and depreciation excepted. Mortgagee shall have the right of inspection at any time.

## ARTICLE VIII

That the Mortgagor shall pay and discharge, when due and payable from time to time, all taxes, assessments, penalties, and governmental charge imposed upon the Vessel, its tackle, etc. subject, or to become subject, to this Mortgage.

## ARTICLE IX

That if the Mortgagor shall make default in the performance of any of the covenants of this Mortgage on Mortgagor's part to be performed, the Mortgagee may, in Mortgagee's discretion, do any act or make any expenditure necessary to remedy such default, including, without limitation of the foregoing, entry upon the Vessel to make repairs and the Mortgagor shall promptly reimburse the Mortgagee, with interest at the rate of ten percent (10%) per annum, for any and all expenditures so made or incurred; and until the Mortgagor shall so reimburse the Mortgagee for such expenditures the amount thereof shall be added to the amount of the debt secured by this Mortgage, and shall be secured by this Mortgage in like manner and extent as if the amount and description thereof were written herein; but the Mortgagee though privileged so to do, shall be under no obligation to the Mortgagor to make such expenditures nor shall the making thereof relieve the Mortgagor of any default in that respect. The Mortgagor shall also reimburse the Mortgagee promptly with interest at the rate of ten percent (10%) per annum for any and all advances, expenses, and attorney's fees made or incurred by the Mortgagee at any time and for any and all damages sustained by the Mortgagee from or by reason of any default of the Mortgagor.

## ARTICLE X

That until default shall have been made in the performance by the Mortgagor or any terms, conditions, covenants, and promises herein contained, the Mortgagor may retain and possess the Vessel and may use and operate the same.

## ARTICLE XI

That the Mortgagor shall comply with and satisfy all the provisions of Title 46, Chapter 313 Section 31322 of the United States Code and shall establish and maintain this Mortgage as a preferred mortgage under said United States Code, and the Mortgagor shall not sell, mortgage, transfer nor change the flag of the Vessel without the written consent of the Mortgagee.

## ARTICLE XII

In any case of default, the Mortgagee shall be entitled to exercise the right of entry and retaking of the Vessel and its appurtenances and equipment without legal process and with any and all other rights, privileges, and powers herein granted and confirmed.

## ARTICLE XIII

In any event of Mortgagor's default of prompt and punctual payment when due in the payment of any interest or principal sum on said Note, or if default shall be made hereunder by the Mortgagor in the observance, or performance of any other of the covenants, agreements, or conditions, of the Note or this Mortgage contained on Mortgagor's part to be observed and performed; or if the Mortgagor shall be adjudged bankrupt, or if a receiver be appointed, or if the Mortgagor shall make a general assignment for the benefit of creditors, or if the Vessel shall be libeled or levied upon, taken into custody or sequestered by virtue of any legal proceedings and such legal proceedings are not vacated or set aside and the said property released with (15) fifteen days, or if the Mortgagor shall remove or attempt to remove this said property subject, or to become subject, to this Mortgage beyond the limits of the United States, without the intent to return to the United States, then in every such case the entire principal sum and/or said Note with interest shall be immediately due and payable at Mortgagee's option without prior notice. Nothing in this article shall be deemed a waiver of the provisions of Articles III and IV. If such sums are not paid forthwith, Mortgagee may take possession of the Vessel, its tackle , equipment, etc. without process of law, and Mortgagor shall forthwith surrender possession to Mortgagee who may sell the same at public or private sale after written notice to Mortgagor by mail. Mortgagee shall have the right to bid or purchase the Vessel.

## ARTICLE XIV

Proceeds from any sale shall be applied as follows:

| | |
|---|---|
| First. | To pay charges of sale, including expenses of retaking. |
| Second. | Attorney's fees and costs. |
| Third. | Payment of unpaid balance of principal and interest on said Note, and advances made by Mortgagee. |
| Fourth. | Any surplus to Mortgagor. If insufficient funds are realized to satisfy the sums set out above, Mortgagor shall forthwith pay Mortgagee the amount of such deficiency. |

## ARTICLE XV

That in case the Mortgagee shall have proceeded to enforce any right under this indenture, by foreclosure, entry, or otherwise, and such proceedings shall have been discontinued or abandoned for any reason, or shall have been determined adversely to the Mortgagee, then the Mortgagor and the Mortgagee shall be restored to their former positions except that the cost of such proceedings and attorney's fees shall be charged to the account of the Mortgagor and bear interest.

ARTICLE XVI

That no delay or omission of the Mortgagee to exercise any right or power accruing upon any default shall impair any such right or power, or shall be construed to be a waiver of any such default or acquiescence therein; and every power and remedy given herein may be exercised from time to time as often as may be deemed expedient.

ARTICLE XVII

Nothing contained in this Mortgage shall be construed as a waiver of the preferred status of this Mortgage by the Mortgagee.

ARTICLE XVIII

In addition to the payment of the Note herein set forth,  this Mortgage shall secure the payment of all other sums with interest thereon which may hereafter be borrowed  or received by the Mortgagor from Mortgagee or which may be paid by the Mortgagee for the account of Mortgagor.

ARTICLE XIX

The word "Mortgagor" means every party (individuals and corporations) who signs this Mortgage as Mortgagor, every registered owner of the Vessel, and the personal representatives, successors and assigns of Mortgagor.  The word "Mortgagee" means the Mortgagee and anyone who has the Mortgagee's rights under this Mortgage.  If this Mortgage is given by a corporation, the words it and its may also mean the corporation.

ARTICLE XX

All notices to Mortgagor may be made by mail addressed as set forth on page one.

All covenants, stipulations, and agreements in this Mortgage contained are and shall bind and inure to the benefit of the Mortgagor and Mortgagee.

IN WITNESS WHEREOF, the Mortgagor has executed this Mortgage the date and year first above written.



ANTHONY IVANKOVICH, Owner

STATE OF

COUNTY OF

On _____ before me, _____ Notary Public, personally appeared

ANTHONY IVANKOVICH _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the said state that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)          Commission Expires:_____

**IRREVOCABLE**
# POWER OF ATTORNEY
### SPECIAL

KNOW ALL MEN BY THESE PRESENTS: That I, SAINT TONY LLC Manager Managed Limited Liability Company,  the undersigned (jointly and severally if more than one, hereafter collectively "principal"), have authorized execution and filing with the United States Coast Guard of a FIRST Preferred Ship Mortgage on the Vessel identified as SAINT ANTHONY Hull No.CBADF001A020  20 COBIA330 ("Vessel") which is to be given as security for repayment of a Promissory Note ("Note") dated August 14, 2020.

To facilitate the execution and delivery of the FIRST Preferred Ship Mortgage and to induce BRANCH BANKING AND TRUST COMPANY ("Lender") to close the loan reflected by the Note, principal hereby irrevocably constitute and appoint Christine M Wagner of New England Marine Documentation, or either of them acting singly, principal's attorney-in-fact to act in principal's name, place and stead to prepare, execute, deliver, and record a U.S. Preferred Ship Mortgage for the Vessel and any other forms, documents, instruments, affidavits, or attestations pertinent to the documentation and mortgaging of the Vessel described above all within the meaning of any in accordance with the procedures specified in 46CFR67, to secure Lender or any assignees of Lender for payment of the Note in the amount reflected on the FIRST Preferred Ship Mortgage, plus accrued interest.

Principal hereby grants to said attorney in fact full power and authority to do and perform each and every act and thing which may be necessary, or convenient, in connection with any of the foregoing, as fully, to all intents and purposes, as principal might or could do if personally present, hereby ratifying and confirming all that our said attorney in fact shall lawfully do or cause to be done by authority hereof.

Whenever the context so requires, the singular number includes the plural.

WITNESS my hand this 14 day of August, 2020

_____

ANTHONY IVANKOVICH, Owner

STATE OF                              )

COUNTY OF                          ) SS.

                                            )

On _____ before me, _____ Notary Public, personally appeared

ANTHONY IVANKOVICH_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the said state that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)            Commission Expires:_____

# AFFIDAVIT AS TO GOOD FAITH, LIENS, ETC.

**SAINT TONY LLC Manager Managed Limited Liability Company**

being duly sworn, depose and say that he is/ they are the owner(s) [herein Mortgagor(s)], described in and who executed or authorized execution of the foregoing Mortgage; that the said Mortgage is made in good faith and without intent to hinder, delay, or defraud any present or future creditors of the Mortgagor(s) or anyone holding a lien on the mortgaged vessel. There are no liens, encumbrances, charges, or mortgages outstanding against the said Vessel, other than the lien of the Mortgage.

The Amount of the Mortgage is: **$290,863.15**     plus accrued interest
Mortgagee:     **BRANCH BANKING AND TRUST COMPANY**
Vessel Name:   **SAINT ANTHONY**
HIN:           **CBADF001A020  20 COBIA330**
C.G. Number:

_____
ANTHONY IVANKOVICH, Owner

ACKNOWLEDGMENT

STATE OF                         )
COUNTY OF                        ) SS.
                                 )

On _____ before me, _____ Notary Public, personally appeared

ANTHONY IVANKOVICH_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the said state that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)          Commission Expires:_____



**NEW ENGLAND**

MARINE DOCUMENTATION ✴ MARINE TITLE

August 14, 2020

SAINT TONY LLC Manager Managed Limited Liability Company
791 CRANDON BLVD #OT2 PH6
KEY BISCAYNEE, FL 33149

     Re:     SAINT ANTHONY
              **Official No.**
              Hull#:CBADF001A020  20 COBIA330
              Hailing Port: ISLAMORADA FL

Dear Mr. Ivankovich,

This is to advise and certify that the paperwork for the documentation of the above captioned yacht has been submitted to the United States Coast Guard, National Vessel Documentation Center, Falling Waters, West Virginia.

As soon as the new Certificate of Documentation is issued, which presently is taking approximately 14-16 weeks, it will be forwarded to your attention for placement on board the vessel.

Should there be any questions whatsoever, do not hesitate to contact this office.

              Cordially yours,

              Marie A. Hayward
              President

*East Coast*
**2 CENTRAL STREET**
**WINCHESTER, MA  01890**
Ph 781.721.4500   Fax  781.721.5509
www.boatdoc.com

*West Coast*
**1150 BALLENA BOULEVARD**
**ALAMEDA, CA  94501**
Ph 510.521.4925   Fax  510.521.4928
www.boatdoc.com