**From:** Steven Ivankovich sivankovic@aol.com
**Subject:** Re: Cobia 33 DC
**Date:** September 29, 2020 at 1:23 PM
**To:** Steve Berry sberry@maverickboatgroup.com
**Cc:** Tripper Vincent tvincent@maverickboatgroup.com, Timo Turkki timo@marineconnection.com

Steve,

Thank you for your email and follow up.

The Sea Keeper Servicer was Tri-Sea Stabilizers (their invoice is attached).

The Technician's name is Eric. His number is +1 (813) 545-3471.

Before you start the work, can you please provide me with a list of what is being done and how?

Has the boat been inspected for additional defects that we have not observed or able to see?

As you can imagine my confidence is low given the level of workmanship and condition I received the vessel, so I want to be sure things are done right this time.

Also, Timo Turkki mentioned in a subsequent email that you cannot locate the helm chair? It was removed for safety reasons and given the the deliver driver who put it in his truck.

Regards,

Steven Ivankovich

> On Sep 29, 2020, at 11:08 AM, Steve Berry <sberry@maverickboatgroup.com> wrote:
>
> Good afternoon Mr. Ivankovich.
> We have inspected your boat and have a team dedicated to get the warranty work completed. I am aware the Sea Keeper work is complete. Can you please give me the name and contact info for who it was that made the repairs?
> Our goal is to have the boat back to Marine Connection the beginning of next week. I will keep you updated on the completion.
>
>
> Thank you,
>
> **Steve Berry**
> Customer Service Manager
> 772.465.0631  x103
>
> <image001.png>
>
>
> **From:** Steven Ivankovich <sivankovic@aol.com>
> **Sent:** Tuesday, September 22, 2020 6:30 AM
> **To:** Steve Berry <sberry@maverickboatgroup.com>
> **Cc:** Tripper Vincent <tvincent@maverickboatgroup.com>
> **Subject:** Re: Cobia 33 DC
>
> Gentlemen,
>
> The vessel was picked up yesterday and possibly already at your facility.